389 A.2d 193

Commonwealth v. Duffy, Appellant.

Submitted November 14, 1977. M. Richard Mellon, for appellant; Robert E. Colville, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.